# IN THE NINTH COURT OF APPEALS

_____

## 09-18-00004-CV

_____

In Re Adam Robert Mulhall

_____

Original Proceeding
317th District Court of Jefferson County, Texas
Trial Cause No. C-197,668

_____

## JUDGMENT

THE NINTH COURT OF APPEALS, having considered Adam Robert Mulhall's petition for writ of mandamus and habeas relief, concludes that the petition should be dismissed. IT IS THEREFORE ORDERED, the petition, as amended, is dismissed without reference to the merits. No costs are assessed as the appellant established indigence.

Per Curiam Opinion

April 5, 2018

**PETITION DISMISSED**

**********

Copies of this judgment and the Court's opinion are certified for observance.

Carol Anne Harley
Clerk of the Court